**Entered on Docket**
**October 23, 2009**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

Michael R. Brooks, Esq.
Nevada Bar No. 7287
Rebecca P. Kern, Esq.
Nevada Bar No. 9079
BROOKS BAUER, LLP
300 S. 4th Street, Suite 815
Las Vegas, Nevada 89101
(702) 851-1191

Attorneys for *Wilshire Credit Corporation as servicer for the U.S. Bank National Association, as Successor Trustee to Bank of America, National Association, as successor by merger to LaSalle Bank, N.A. as Trustee for the MLM1 Trust Series 2006-HE6*

Electronically lodged *October 12, 2009*

# UNTIED STATES BANKRUPTCY COURT

# DISTRICTOF NEVADA

| | |
|---|---|
| In re<br><br>LINDA FAYE CRUTCHER-AUSTIN PETTAWAY aka LINDA FAYE CRUTCHER-AUSTIN,<br><br>Debtor. | Case No. 09-18447-mkn<br>Chapter 13<br><br>Date: October 7, 2009<br>Time: 1:30 p.m. |

**ORDER TERMINATING THE AUTOMATIC STAY**

The Motion for Relief having been properly served, with no opposition filed herein, and the Court makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy case is hereby terminated as to the Debtor and the Trustee in favor

P:\Bankruptcy Forms\Pettaway Order.doc

of Secured Creditor, *Wilshire Credit Corporation as servicer for the U.S. Bank National Association, as Successor Trustee to Bank of America, National Association, as successor by merger to LaSalle Bank, N.A. as Trustee for the MLM1 Trust Series 2006-HE6*, as it pertains to the following property generally described as:

3624 Russian Olive Street, North Las Vegas, Nevada 89032.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Secured Creditor shall provide to Debtor a minimum of five (5) days Notice of the date, time and place of sale.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the secured claim filed by Secured Creditor is deemed to be withdrawn, and Secured Creditor may file an amended Proof of Claim for any deficiency remaining after disposition of the property.

Submitted by:

BROOKS BAUER LLP

*/s/Michael R. Brooks, Esq.*
Michael R. Brooks, Esq., #7287
300 S. 4th Street, Suite 815
Las Vegas, Nevada 89101
Attorneys for Secured Creditor

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with Local Rule 9021, the undersigned certifies:

   \_\_\_   The court waived the requirements of LR 9021.

   \_\_\_   no parties appeared or filed written objections, and there is no trustee appointed in the case

  _X_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

   \_\_\_   Failed to respond

KATHLEEN LEAVITT
201 LAS VEGAS BLVD., SO., #200
LAS VEGAS, NEVADA 89101

BROOKS BAUER LLP

*/s/Jill M. Sallade*

P:\Bankruptcy Forms\Pettaway Order.doc